UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RICHARD C. ELINE, Civil No. 00-42 (MJD/JMM)

Plaintiff,

v. ORDER

C. WALTER, M. ARNDT, and
K. EHRENBERG,

Defendants.

THIS MATTER is before the undersigned United States Magistrate Judge for review of Plaintiff's First Amended Complaint brought under 42 U.S.C. § 1983. (Docket No. 7.[1]) Two of the Defendants named in the First Amended Complaint, (C. Walter and M. Arndt), have already appeared by counsel in this matter. The third named Defendant, K. Ehrenberg, has been added to this lawsuit by Plaintiff's First Amended Complaint, and service of process has not yet been effected on her.

The Court previously granted Plaintiff's application to proceed in forma pauperis, ("IFP"), and directed that the named Defendants in this action be served by the U.S. Marshal. (See Order dated January 26, 2000; Docket No. 4.) The Marshal will now be directed to serve the new Defendant, K. Ehrenberg.

[1] On February 7, 2000, Plaintiff filed a motion requesting leave to file an Amended Complaint. Because Defendants had not yet appeared in this action, Plaintiff's motion for leave to amend was granted, pursuant to Fed. R. Civ. P. 15(a). (See Order dated February 15, 2000; Docket No. 6.) Plaintiff filed his First Amended Complaint on February 25, 2000.

FILED MAR - 8 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the above, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. The Clerk shall issue a summons for Defendant K. Ehrenberg, and the Clerk shall furnish a copy of the First Amended Complaint to the U.S. Marshal for service upon Defendant Ehrenberg;

2. The U.S. Marshal shall effect service of process on Defendant K. Ehrenberg by serving her with a summons and a copy of the First Amended Complaint;

3. The Clerk shall mail a copy of the First Amended Complaint and a copy of this order to the attorney representing Defendants C. Walter and M. Arndt; and

4. Defendants C. Walter and M. Arndt shall file a response to the First Amended Complaint by no later than April 10, 2000.

Dated: March 7, 2000

JOHN M. MASON
United States Magistrate Judge