UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD CHARLES ELINE, CIVIL NO. 00-42 (MJD/JMM)

Plaintiff,

v. ORDER

MR. C. WALTER, M. ARNDT,
and K. EHRENBERG,

Defendants.

Plaintiff filed the instant lawsuit on January 10, 2000 [Docket Nos. 1 and 2]. A First Amended Complaint was filed on February 25, 2000 [Docket No. 7]. Defendants Answered the First Amended Complaint on April 19, 2000 [Docket No. 13]. On May 9, 2000, Defendants filed a Motion for Dismissal and Summary Judgment [Docket No. 14]. As of the date of this Order, Plaintiff has not submitted a Response the Motion for Dismissal and Summary Judgment. This Order establishes a process by which Plaintiff shall submit a Response to the Motion, and by which Defendant may submit a Reply Memorandum.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1. No later than June 23, 2000, Plaintiff shall serve upon Defendants, and file with the Clerk of Court, a Response to Defendants' Motion for Dismissal and Summary Judgment.

2. No later than July 6, 2000, Defendants may serve upon Plaintiff, and

FILED JUN 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

file with the Clerk, of Court a Reply Memorandum.

3. The Motion for Dismissal and Summary Judgment [Docket No. 14] shall be taken under advisement as of July 7, 2000. The parties shall thereafter await the further Order of this Court.

Dated: May 31, 2000

JOHN M. MASON
United States Magistrate Judge